Jennifer H. Mastrorocco [11206]
**GOEBEL ANDERSON PC**
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
Fax:  801.951.0545
E-Mail:     jmastrorocco@gapclaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>TALLY HO FARM, LLC, a Utah limited liability company; and B.H., a minor individual,<br><br>Defendants. | **STIPULATION FOR SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF**<br><br>Case No. 2:21-cv-00665-BSJ<br><br>Judge Bruce S. Jenkins |
| TALLY HO FARM, LLC, a Utah limited liability company,<br><br>Cross-Claimant,<br><br>vs.<br><br>B.H., a minor individual,<br><br>Cross-Claim Defendant. | |
| TALLY HO FARM, LLC, a Utah limited liability company<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DAVID KIM, an individual; and REBECCA KIM, an individual.<br><br>Third-Party Defendants. | |

Pursuant to F. R. Civ. P. 15(a)(2), the parties hereby provide written consent to United Services Automobile Association ("USAA") amending the complaint as reflected in **Exhibit A** to this Stipulation. The Second Amended Complaint will be filed separately by USAA. With this stipulation, the Defendants Tally Ho Farm, LLC, and B.H., and the Third-Party Defendants David Kim and Rebecca Kim, make no concessions about the substance of the amendments, and Defendants and Third-Party Defendants will have the opportunity to address the amendments in a responsive pleading.

**DATED** this 10th day of February, 2023.

                                       **GOEBEL ANDERSON PC**

                                       /s/ Jennifer H. Mastrorocco
                                       Jennifer H. Mastrorocco
                                       *Attorney for Plaintiff*

**STIPULATED AND AGREED TO:**

**DATED** this 10th day of February, 2023.

                                       /s/ Bruce C. Burt
                                       Bruce C. Burt
                                       *Attorneys for Tally Ho Farms, LLC*
                                       *(Signed electronically with permission)*

**DATED** this 10th day of February, 2023.

                                       /s/ Ryan J. Schriever
                                       Ryan J. Schriever
                                       A. Andrew Penrod
                                       *Attorneys for Defendant B.H.*
                                       *& Third-Party Defendants David Kim and Rebecca Kim*
                                       *(Signed electronically with permission)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Bruce C. Burt
BURT & PAYNE, P.C.
P.O. Box 720
Riverton, UT  84065
bburt@burtpayne.com
*Attorneys for Tally Ho Farms, LLC*

Ryan J. Schriever
A. Andrew Penrod
SCHRIEVER LAW FIRM
174 South Main Street
Spanish Fork, Utah  84660
ryan@schrieverlaw.com
andrew@schrieverlaw.com
*Attorneys for Defendant B.H.*
 *& Third-Party Defendant Rebecca Kim*

                                             */s/ Jennifer H. Mastrorocco*